IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Teronda A. Gaines

Debtor

Bankruptcy No. 09-22871
Judge Pamela S. Hollis
Chapter: 13

## NOTICE OF FILING

TO:   Teronda A. Gaines, 9218 S. Aberdeen St., Chicago, IL 60620
      Marilyn O. Marshall, 224 S. Michigan Ste 800, Chicago, IL 60604
      Adam L. Holguin, 20 S. Clark, 28th Floor, Chicago, IL 60603
      William T. Neary, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

      Please take notice on March 29, 2010, the attached Statement of Outstanding Obligations was electronically filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois.

## CERTIFICATE OF SERVICE

I, Andrew E. Houha, an attorney certify that I served the attached Statement of Outstanding Obligations by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on March 29, 2010.  The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for HSBC Mortgage Services, Inc.

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Teronda A. Gaines

        Debtor

Bankruptcy No. 09-22871
Judge Pamela S. Hollis
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now Comes HSBC Mortgage Services, Inc., a secured creditor and party in interest in the above captioned matter and responds to the Chapter 13 Trustee's Notice of Payment of Final Mortgage Cure Amount as follows:

1. Outstanding Costs of Collection remaining:
   Post petition attorney fees for filing proof of claim
   and plan review                                                                $261.60

2. Post petition payment and contractual payment due date:     10/1/2009
   10/1/09-3/1/10, 6 @ $311.10 = $1,866.60

      /s/ Andrew E. Houha
      Andrew E. Houha, ARDC #6216265
      Attorney for HSBC Mortgage Services, Inc.